Richard Wahng (SBN 225672)
Lee E. Sheldon (SBN 263310)
LAW OFFICES OF RICHARD C.J. WAHNG
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755 Fax

Attorney for Defendants,
HM ISLAMIC, INC., SHIH-KWEI CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTINO GARCIA and SAUL L. ALTAMIRANO,<br><br>Plaintiffs,<br><br>vs.<br><br>HM ISLAMIC, INC., SHIH-KWEI CHEN aka SAM CHEN,<br><br>Defendants. | Case No. CV11-04944<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiffs, CELESTINO GARCIA and SAUL ALTAMIRANO (collectively "Plaintiffs") and defendants, HM ISLAMIC, INC. and SHIH-KWEI CHEN (collectively "Defendants"), through their respective attorneys, that Defendants shall have up to and including December 18, 2011 within which to answer or otherwise respond to Plaintiffs' Complaint filed on October 6, 2011.

Defendants only recently retained counsel to defend this case. Defense counsel requires additional time to investigate the factual and legal aspects of this case before filing an appropriate response.

Similarly, because Defendants have only recently retained counsel and the case is not at issue, the parties stipulate and agree that the Case Management Conference currently set for November 22, 2011, should be continued to January 3, 2012, (or a date convenient to the Court

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

1

in January 2012) in order to provide the parties with an opportunity to meet and confer pursuant to Rule 26 of the Federal Rules of Civil Procedure.

Absent the requested extension, Defendant's response would have been due on November 17, 2011.

Dated: November 16, 2011

LAW OFFICES OF RICHARD WAHNG

*/S/ Lee Sheldon*
Lee Sheldon
Attorney for Defendants

Dated: November 16, 2011

DAL BON & MARGAIN, APC

*/S/ Tomas Margain*
Tomas Margain
Attorney for Plaintiffs

**ATTESTATION UNDER GENERAL ORDER 45**

I, Tomas Margain, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING. In compliance with General Order 45, I hereby attest that Lee Sheldon, counsel for Defendants, has concurred in this filing.

Dated: November 16, 2011          */s/ Tomas Margain*
                                  Tomas Margain

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendants' response to Plaintiffs' Complaint shall be filed and served on all parties on or before <u>December 18, 2011</u>.

The Case Management Conference currently scheduled for November 22, 2011 at 2:00pm in Courtroom 5, shall be continued to <u>January 3, 2012</u>, time and location to remain the same.

DATED: P qxgo dgt "43. "4233""""""""""""""""""""""""""""By: _____
HONORABLE PAUL GREWAL
United States O ci kuvtcvg Judge

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

3