1  Richard Wahng (SBN 225672)
   Lee E. Sheldon (SBN 263310)
2  LAW OFFICES OF RICHARD C.J. WAHNG
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   (510) 490-4447 Telephone
4  (510) 344-5755 Fax

5  Attorney for Defendants,
   HM ISLAMIC, INC., SHIH-KWEI CHEN
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CELESTINO GARCIA and SAUL L.              Case No. CV11-04944
   ALTAMIRANO,
12                                            **STIPULATION AND [PROPOSED]**
              Plaintiffs,                     **ORDER FOR EXTENSION TO FILE A**
13                                            **RESPONSIVE PLEADING**
       vs.
14
   HM ISLAMIC, INC., SHIH-KWEI CHEN aka
   SAM CHEN,
15
              Defendants.
16

17         Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiffs,

18  CELESTINO GARCIA and SAUL ALTAMIRANO (collectively "Plaintiffs") and defendants,

19  HM ISLAMIC, INC. and SHIH-KWEI CHEN (collectively "Defendants"), through their

20  respective attorneys, that Defendants shall have up to and including December 18, 2011 within

21  which to answer or otherwise respond to Plaintiffs' Complaint filed on October 6, 2011.

22         Defendants only recently retained counsel to defend this case. Defense counsel requires

23  additional time to investigate the factual and legal aspects of this case before filing an

24  appropriate response.

25         Similarly, because Defendants have only recently retained counsel and the case is not at

26  issue, the parties stipulate and agree that the Case Management Conference currently set for

27  November 22, 2011, should be continued to January 3, 2012, (or a date convenient to the Court

28

STIPULATION AND PROPOSED ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

1

1  in January 2012) in order to provide the parties with an opportunity to meet and confer pursuant
2  to Rule 26 of the Federal Rules of Civil Procedure.
3        Absent the requested extension, Defendant's response would have been due on
4  November 17, 2011.

6  Dated: November 16, 2011

                LAW OFFICES OF RICHARD WAHNG

                */S/ Lee Sheldon*
                Lee Sheldon
                Attorney for Defendants

12  Dated: November 16, 2011

                DAL BON & MARGAIN, APC

                */S/ Tomas Margain*
                Tomas Margain
                Attorney for Plaintiffs

**ATTESTATION UNDER GENERAL ORDER 45**

    I, Tomas Margain, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING.   In compliance with General Order 45, I hereby attest that Lee Sheldon, counsel for Defendants, has concurred in this filing.

Dated:  November 16, 2011        */s/ Tomas Margain*
                                     Tomas Margain

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendants' response to Plaintiffs' Complaint shall be filed and served on all parties on or before <u>December 18, 2011</u>.

The Case Management Conference currently scheduled for November 22, 2011 at 2:00pm in Courtroom 5, shall be continued to <u>January 3, 2012</u>, time and location to remain the same.

DATED: Pqxgo dgt"43."4233"""""""""""""""""""""""""""By: _____
HONORABLE PAUL GREWAL
United States Ocikuvtcvg Judge

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE A RESPONSIVE PLEADING

3