UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CELESTINO GARCIA, ET AL., | ) | Case No.: C 11-04944 PSG |
| Plaintiffs, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| HM ISLAMIC, INC., ET AL., | ) | |
| Defendants. | ) | |

On January 3, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 27, 2012

Last Day to Designate Opening Experts and Serve Reports . . . . . . . . . . . . . . . May 11, 2012

Last Day to Designate Rebuttal Experts and Serve Reports . . . . . . . . . . . . . . May 25, 2012

Case No.: C 11-04944 PSG                         1
CASE MANAGEMENT ORDER

| | |
|---|---|
| 1 | Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2012 |
| 2 | Last Day to File Discovery Motions . . . . . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3 |
| 3 | Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on August 7, 2012 |
| 4 | Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on October 9, 2012 |
| 5 | Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on October 22, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 1/5/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 11-04944 PSG                               2
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28